Cleora I. GUILE, Plaintiff–Appellant

v.

UNITED STATES of America, Defendant–Appellee.

No. 12–3484.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2013.

Filed: May 28, 2013.

Cleora Guile, Fayette, MO, pro se.

Christina Bahr Moore, U.S. Attorney's Office, Saint Louis, MO, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Cleora Guile appeals following the district court's[1] adverse grant of summary judgment in her medical malpractice action brought under the Federal Tort Claims Act. Having carefully considered the record before us, *see Laughlin v. Schriro,* 430 F.3d 927, 928 (8th Cir.2005) (de novo review of grant of summary judgment), we agree with the district court, for the reasons that the court explained in its order, that Guile failed to establish a prima facie case of medical malpractice under Missouri law, *see Tompkins v. Kusama,* 822 S.W.2d 463, 464 (Mo.Ct.App.1991) (elements).[2]

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

2. We do not address arguments that Guile newly raises in this appeal.